AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**WYNN'S EXTENDED CARE, INC.,**

        Plaintiff,

    V.                               CASE NUMBER: **06-C-62**

**JON C. HOHMAN CO., INC.,**
   **d/b/a MIDLAND WARRANTY,**
**FREDERIC J. HOHMAN,**
**FREDERIC J. and JON C. HOHMAN,**
   **d/b/a HOHMAN COMPANY,**
**JON HOHMAN,**
   **d/b/a HOHMAN COMPANY ,**

        Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the plaintiff's motion for default judgment is GRANTED.**

**Default Judgment is granted in favor of the plaintiff Wynn's Extended Care, Inc. and against defendants Jon C. Hohman Co., Inc., d/b/a Midland Warranty; Frederic J. Hohman; Frederic J. and Jon C. Hohman, d/b/a Hohman Company; and Jon Hohman, d/b/a Hohman Company in the amount of $83,791.91, plus interest and costs.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|     **October 4, 2007** |   **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |

*Approved as to Form:*

*s/ Rudolph T. Randa*
*Hon Rudolph T. Randa*
*Chief Judge*

 *October 4, 2007*
*Date*